## Chief Justice,

My name is Christopher Chase. I am seeking help for two seperate issues. The first was on October 2, 2017. I had a sharpened pencil impaled into my abdomin. The sharpened pencil was visibly impaled into my abdomin. The responding Doctor Khalid Khan laughed at me and denied me an ambulance. He told me I had no rights. I then saw a psychiatrist, Doctor Jafrey. He refused to help me receive an ambulance. I begged nurses, a certified nursing assistant, security staff and line staff for an ambulance. Doctor Khan ordered I be transported by state van, by non-medically trained security staff. I was picked up, forced to stand, sit up, walk, sit in a wheelchair, forced to be handcuffed behind my back and finally lifted up and placed into the van. During this lift the sharpened pencil became lodged deeper into my stomach. I required emergency surgery. I exhausted all remedies available. Hospital Administrator responded by a false report. Accusing me of actually fighting the staff. Camera footage shows me lying calm, crying with a pencil in me. This is a very simple claim. Easily filed under deliberate indifference to medical needs by violating substantive due process of the 14th Amendment. It is also an equal protection claim, medical malpractice, medical neglegence, use of force claim (because I objected to being moved by security) because the force used in moving/lifting me caused substantial injury-specifically the need for surgery. This also involves state law tort claims, technical assault and battery. this could also be pursued under the ADA title II public entity for discrimination and access to programs, services etc., also the Federal 29USC §794 Rehabilitation act: Entities receiving Federal Funds, §504.

It is also a violation of Massachusetts constitutional amendment Article 114 which prohibates "discrimination under any program or activity within the commonwealth". It is also in violation of Massachusetts equal rights law M.G.L. C. 93§103 which actually implements Article 114 to the Massachusetts Constitution. Even worse this was a HATE CRIME because the Doctor Khan specifically said "You did this to yourself, you get no ambulance" and "People who hurt themselves have no rights" and "Does that hurt, well I hope so" Therefore under M.G.L. C. 265§37 (violations of Constitutional Rights; Criminal Penalties) the Doctor Khan did order me negligently moved "willfully" to "injure" me and did "oppress" me by "force" caused by security lifing me up and causing impaled pencil to become deeper in my abdomin. This was also an Assault or Battery Re: Intimidation; Weapons M.G.L.C. 265§39 (see A) the Doctor Khan's intention was to intimidate me by assault and battery via movement by security with the absolute intention of discriminating against my disability which caused me to stab myself with a sharpened pencil... This is also actionable under M.G.L. 266§127B which will specifically gaurentee any lawyer who represents me "reasonable attorney fees and costs"

My second issue is an order passed down from the official medical Director, Doctor Christopher Myers. This order did therefore keep me in METAL RESTRAINTS - specifically shackles waste chain, handcuffs and hand mitts (hand "coozis") for an uninterupted 7 DAYS. Making matters worse I had an intestine injury called a fistula. Also a surgical cut in the middle of my abdomin, along with severe burns on my outer skin from the fecal matter and bial leaking out of the fistula.

The order was for a waste chain to wrapped around my direct fistula site. This caused severe suffering and pain. I had fecal matter all over my lower exremeties and not one person- nurses, Doctors, staff, security would allow me to clean my Body. Not even one time! 7 Day order for full METAL RESTRAINTS. Their excuse is they were protecting me from myself. They bipassed just using seclusion. They could have used soft 4 point bed restraints. I asked over 5 Doctors to let me out of the chains. Let me state this again. METAL CHAIN wrapped around my permanantly injured organ. tightened nice and tight by the Director of Safety and Assistant Director of Safety personally. Who by the way are former D.O.C correctional officers. I was forced to walk around the unit in Metal chains for days. I ended up having a seizure while in chains. Constant throwing up. Constantly crying out for help. Crying out for Mercy. Yelling at the top of my lungs for days in agonizing, extreme severe pain. Being laughed at, mocked, treated with contempt. repeatadly denied access to water, bathroom, clean clothes. Never once allowed to even rinse out my mouth with toothpaste. I was severely abused and neglected. The METAL chain wrapped around my stomach became an "instrument of torture" literally torturing me in agonizing pain. As the medical records show... 7 DAYS order, never lifted, for metal chains.

Between, the denial of ambulance resulting in security causing me severe injury requiring surgery and the use of METAL CHAINS for 7 straight days. I don't know which is worse. What I do know is I want justice. I am not going to name every constitutional violation the 7 day metal chain order violated. I will say this - enclosed in this is a recent District court for 1st Circuit injunction condemning restraints except for extreme

Page #3 of 4
Page #3 of 4

emergencies.

    Furthermore — my two problems are not matters of Medical opinion. Because there is no medical Doctor or Expert in the whole world who would deny me an ambulance for a visibly impaled object. Nevermind the obvious fact no qualified Doctor or Expert would ever wrap a metal chain and tighten it around an injured organ.

    These two problems are blatant, obvious violations of the Constitution and Massachusetts General Law.

page # 4 of 4

    Is there someone, anyone out there who will help me seek the justice required me by law.

    Please have Mercy on me unlike the perpetrators' of these horrific crimes.

Respectfully & Sincerely,

It should be noted that I stabbed myself in a mental Health crisis

Christopher J. Chase
X _____

Christopher Chase. involuntarily committed patient under 18A at Bridgewater State Hospital. Bridgewater State Hospital is where these crimes were committed

page #4 of 4