*[Handwritten at top: Chief Justice]*

**EXHIBIT A**

# NOTICE TO BRIDGEWATER STATE HOSPITAL PATIENTS PLACED IN SECLUSION OR RESTRAINT

Minich, et al. v. Commissioner of Correction, et al.

The Court has approved a Settlement Agreement in a class action law suit challenging the improper use of Seclusion and Restraint at Bridgewater State Hospital. All patients at Bridgewater are protected by the Settlement Agreement. A copy of the Agreement is available in the law library. Under the Agreement:

- Patients may not be placed in Seclusion or Restraint except in an emergency, such as the occurrence of, or imminent, serious threat of, extreme violence, personal injury, or attempted suicide;
- Patients may not be kept in Seclusion or Restraint any longer than necessary;
- Patients in Seclusion must be housed in hygienic conditions; they may shower daily, and may brush their teeth twice daily. Patients in Restraint shall have reasonable access to food, drink, a toilet or bedpan, and other personal needs;
- Unless clinically contraindicated, patients in Seclusion may have access to visits, telephones, reading materials, and exercise.

Other important provisions of the Settlement Agreement include:

- Bridgewater will establish alternatives to Seclusion and Restraint such as Quiet Rooms, and, for patients at high risk of placement in Seclusion or Restraint, Individual Crisis Prevention plans;
- Prompt medical assessment and monitoring of patients in Restraint;
- Training of clinical and correctional staff to prevent inappropriate use of Seclusion and Restraint;
- Creation of a Family Support Group to improve the quality of contact between families and patients;
- Designation of the **Disability Law Center** as an independent Monitor to ensure compliance with the terms of the Agreement.

If you have questions about your rights under the Settlement Agreement, you may contact the lawyers for the Class.

| | | |
|---|---|---|
| **Prisoners' Legal Services** | **Mental Health Legal Advisors Committee** | **Roderick MacLeish, Jr.** |
| 10 Winthrop Square, 3rd Flr | 24 School Street, 8th Flr | Clark, Hunt, Ahern & Embry |
| Boston, MA 02110 | Boston, MA 02108 | 150 Cambridgepark Drive |
| (617) 482-2773 | (617) 807-1841 | Cambridge, MA 02140 |
| | | (617) 494-1920 |

*[Handwritten at bottom: I have sought legal intervention from all three]*