UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**CHRISTOPHER CHASE**

v.                                    **CIVIL ACTION NO. 18-10719-DJC**

**BRIDGEWATER STATE HOSPITAL, ET AL**

## AMENDED ORDER TO SHOW CAUSE

CASPER, D.J.

Deadline for filing opposition to defendants' motion to dismiss were September 13, 2019 and October 17, 2019, respectively. Plaintiff has failed to file opposition by these deadlines. Accordingly, plaintiff has until November 15, 2019 to show cause why this case should not be dismissed and file any opposition to the pending motions.  Failure to do so may result in immediate dismissal of this case.

October 23, 2019

/s/ Lisa M. Hourihan
-------------------------
Deputy Clerk

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



USMS
SCREENED

02780-451708
022210>3025

Christopher Chase
164 Winthrup St
Taunton MA 02781

NEOPOST
10/24/2019
US POSTAGE $000.50°
FIRST-CLASS MAIL
ZIP 02210
041M11276665

015 NFE 1   919C0010/30/19
RETURN TO SENDER
CHASE'CHRISTOPHER,
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC:  02210302599          *2021-03228-25-36