UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEOPOST
11/18/2019
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 02210
041M11276665

FILED
IN CLERKS OFFICE

2019 DEC -2 PM 3:12

U.S. DISTRICT COURT
DISTRICT OF MASS.

Mr Christopher Chase
164 Winthrop St
Taunton, MA 02780

USMS SCREENED

0270034517 00
02210>3025

015 NFE 1    919C0011/26/19
CHASE 'CHRISTOPHER
     MOVED LEFT NO ADDRESS
     UNABLE TO FORWARD
     RETURN TO SENDER
BC: 02210302599        *1569-04465-26-20

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CHRISTOPHER J. CHASE**<br><br>Plaintiff,<br><br>v.<br><br>**BRIDGEWATER STATE HOSPITAL, ET AL**<br><br>Defendants. | Civil Action No. 18-10719-DJC |

## ORDER DISMISSING CASE

**CASPER, J.**                                                                            **November 18, 2019**

In an order dated October 23, 2019, (D. 79), the Court directed the plaintiff to show cause why this action should not be dismissed and file any opposition to the pending motions to dismiss. The Court stated that failure to comply with the directive by November 15, 2019 would result in dismissal of the action.

The time period for complying with the Court's order has expired without any response from the plaintiff. Accordingly, this case is dismissed for failure to comply with the Court's order.

**So ordered.**

/s/ Denise J. Casper
United States District Judge